### Ex parte WALLACE. (No. 7080.)

(Court of Criminal Appeals of Texas. Dec. 13, 1922.)

**Habeas corpus &#9756;87—Dismissed on death of relator.**

An original application for writ of habeas corpus will, on death of relator, be dismissed.

Original application for habeas corpus by George Wallace. Cause dismissed.

O'Brien & Shaw and E. M. Chester, all of Beaumont, for appellant.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. This is an original application for writ of habeas corpus. Because of the death of the relator, the cause is dismissed.